1   HEATHER E. WILLIAMS, CA #122664
    Federal Defender
2   REED GRANTHAM, CA #294171
    Assistant Federal Defender
3   Office of the Federal Defender
    2300 Tulare Street, Suite 330
4   Fresno, CA  93721-2226
    Telephone: (559) 487-5561
5   Fax: (559) 487-5950

6   Attorneys for Defendant
    REYES QUINONEZ, JR.
7

8                  IN THE UNITED STATES DISTRICT COURT

9                  FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11  UNITED STATES OF AMERICA,        Case No 1:23-cr-00054-JLT-SKO

12              Plaintiff,           **ORDER FOR TEMPORARY RELEASE**

13  vs.

14  REYES QUINONEZ, JR.,

15              Defendant.

16

17

18         Upon consideration of Defendant Reyes Quinonez's (Fresno County JID: 1337576)

19  motion for temporary release (*see* Dkt. #24), IT IS HEREBY ORDERED that the motion is

20  GRANTED.

21         Mr. Quinonez is to be released to the third-party custody of his sister, Priscilla Quinonez,

22  at 4:00 p.m. on Wednesday, October 25, 2023. Ms. Quinonez shall then transport Mr. Quinonez

23  directly and only to the Chapel of the Light funeral home, located at 1620 W. Belmont Ave.,

24  Fresno, CA 93728, to attend the viewing and rosary services for his uncle, Rodolpho Gonzales.

25         Immediately following the viewing and rosary services, Ms. Quinonez shall transport Mr.

26  Quinonez directly and only from the Chapel of the Light funeral home to the Fresno County Jail,

27  and ensure that he is returned to the Fresno County Jail no later than 8:30 p.m. on Wednesday,

28  October 25, 2023, regardless of whether the viewing and rosary services have concluded.

While on release, Mr. Quinonez is ordered to obey all laws and remain at all times in the presence of Ms. Quinonez.

IT IS SO ORDERED.

Dated: **October 24, 2023**        /s/ Erica P. Grosjean
                                   UNITED STATES MAGISTRATE JUDGE