HEATHER E. WILLIAMS, CA Bar #122664
Federal Defender
REED GRANTHAM, CA Bar #294171
Assistant Federal Defender
Office of the Federal Defender
2300 Tulare Street, Suite 330
Fresno, CA  93721-2226
Telephone: (559) 487-5561
Fax: (559) 487-5950

Attorneys for Defendant
REYES QUINONEZ, JR

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 1:23-cr-00054-JLT-SKO |
| Plaintiff, | **STIPULATION TO CONTINUE STATUS CONFERENCE; ORDER** |
| vs. | |
| REYES QUINONEZ, JR, | Date:   February 7, 2024<br>Time:  1:00 p.m. |
| Defendant. | Judge: Hon. Sheila K. Oberto |

IT IS HEREBY STIPULATED by and between the parties through their respective counsel, Assistant United States Attorney Justin Gilio, counsel for plaintiff, and Assistant Federal Defender Reed Grantham, counsel for Reyes Quinonez, Jr., that the status conference currently scheduled for December 6, 2023, at 1:00 p.m. may be continued to February 7, 2024, at 1:00 p.m.

The parties agree and stipulate, and request that the Court find the following. The parties have initiated discussions to resolve this case. The defense is in need of additional time to investigate issues relating to the guideline calculation in the case. The parties then anticipate having further plea negotiations regarding this matter. The parties believe that the requested continuance will enable the parties to undertake the necessary plea negotiations in the case. The requested continuance will also conserve time and resources for the parties and the Court. Counsel for defendant believes that failure to grant the above-requested continuance would deny

him the reasonable time necessary for effective preparation, taking into account the exercise of due diligence. The government does not object to the continuance.

Based on the above-stated findings, the ends of justice served by continuing the case as requested outweigh the interest of the public and the defendant in a trial within the original date prescribed by the Speedy Trial Act. For the purpose of computing time under the Speedy Trial Act, 18 U.S.C. § 3161, et seq., within which trial must commence, the time period of December 6, 2023, to February 7, 2024, inclusive, is deemed excludable pursuant to 18 U.S.C. §§ 3161(h)(7)(A) and 3161(h)(7)(B)(i), (ii) and (iv) because it results from a continuance granted by the Court at defendant's request on the basis of the Court's finding that the ends of justice served by taking such action outweigh the best interest of the public and the defendant in a speedy trial.

Respectfully submitted,

PHILLIP A. TALBERT
United States Attorney

Date: November 29, 2023

*/s/ Justin Gilio*
JUSTIN GILIO
Assistant United States Attorney
Attorney for Plaintiff


HEATHER E. WILLIAMS
Federal Defender

Date: November 29, 2023

*/s/ Reed Grantham*
REED GRANTHAM
Assistant Federal Defender
Attorney for Defendant
REYES QUINONEZ, JR.

**O R D E R**

**IT IS SO ORDERED.** The time period to February 7, 2024, inclusive, is deemed excludable pursuant to 18 U.S.C. §§ 3161(h)(7)(A) and 3161(h)(7)(B)(i), (ii) and (iv) because it results from a continuance granted by the Court at defendant's request on the basis of the Court's finding that the ends of justice served by taking such action outweigh the best interest of the public and the defendant in a speedy trial. The status conference currently scheduled for December 6, 2023, at 1:00 p.m. is hereby continued to February 7, 2024, at 1:00 p.m.

Date: 11/29/23

*Sheila K. Oberto*
Hon. Sheila K. Oberto
United States Magistrate Judge