1  PHILLIP A. TALBERT
   United States Attorney
2  JUSTIN J. GILIO
   Assistant United States Attorney
3  2500 Tulare Street, Suite 4401
   Fresno, CA 93721
4  Telephone: (559) 497-4000
   Facsimile:  (559) 497-4099
5

6  Attorneys for Plaintiff
   United States of America
7

8                    IN THE UNITED STATES DISTRICT COURT
9                      EASTERN DISTRICT OF CALIFORNIA
10

11  UNITED STATES OF AMERICA,              CASE NO.  1:23-CR-00054-JLT-SKO
12                      Plaintiff,          AMENDED STIPULATION REGARDING
                                            EXCLUDABLE TIME PERIODS UNDER SPEEDY
13              v.                          TRIAL ACT; ORDER
14  REYES QUINONEZ,                         DATE: February 7, 2024
                                            TIME: 1:00 p.m.
15                      Defendant.          COURT: Hon. Sheila K. Oberto
16

17       Plaintiff United States of America, by and through its counsel of record, and defendant, by and

18  through defendant's counsel of record, hereby stipulate as follows:

19       This case is set for status conference on February 7, 2024.  By this stipulation, defendant now

20  moves to continue the status conference until March 6, 2024, and to exclude time between February 7,

21  2024, and March 6, 2024, under 18 U.S.C. § 3161(h)(7)(A), B(iv).

22           a)      The government represents that discovery in this matter, including officer worn

23  body camera, police reports, and other items have been produced to defense.

24           b)      Defense counsel requests the additional time to review the discovery, meet with

25  his client, conduct independent investigation, and pursue a pretrial resolution of the case. The

26  government and defense counsel have been in communication about a pretrial resolution of the

27  case and need the additional time to continue those discussions.  The government plans to submit

28  a formal offer to the defendant before the next status conference.

c)      Counsel for defendant believes that failure to grant the above-requested continuance would deny him/her the reasonable time necessary for effective preparation, taking into account the exercise of due diligence.

d)      The government does not object to the continuance.

e)      Based on the above-stated findings, the ends of justice served by continuing the case as requested outweigh the interest of the public and the defendant in a trial within the original date prescribed by the Speedy Trial Act.

f)      For the purpose of computing time under the Speedy Trial Act, 18 U.S.C. § 3161, et seq., within which trial must commence, the time period of February 7, 2024 to March 6, 2024, inclusive, is deemed excludable pursuant to 18 U.S.C. § 3161(h)(7)(A), B(iv) because it results from a continuance granted by the Court at defendant's request on the basis of the Court's finding that the ends of justice served by taking such action outweigh the best interest of the public and the defendant in a speedy trial.

2.      Nothing in this stipulation and order shall preclude a finding that other provisions of the Speedy Trial Act dictate that additional time periods are excludable from the period within which a trial must commence.

IT IS SO STIPULATED.


Dated:  January 31, 2024                        PHILLIP A. TALBERT
                                                United States Attorney


                                                /s/ JUSTIN J. GILIO
                                                JUSTIN J. GILIO
                                                Assistant United States Attorney


Dated:  January 31, 2024                        /s/ REED GRANTHAM
                                                REED GRANTHAM
                                                Counsel for Defendant
                                                Reyes Quinonez

1

2

3

4                                          **ORDER**

5        IT IS SO ORDERED.

6

7

8    DATED: 2/1/2024                    _Sheila K. Oberto_
                                        THE HONORABLE SHEILA K. OBERTO
9                                       UNITED STATES MAGISTRATE JUDGE

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28