1  PHILLIP A. TALBERT
   United States Attorney
2  JUSTIN J. GILIO
   Assistant United States Attorney
3  2500 Tulare Street, Suite 4401
   Fresno, CA 93721
4  Telephone:  (559) 497-4000
   Facsimile:   (559) 497-4099
5

6  Attorneys for Plaintiff
   United States of America
7

8
                    IN THE UNITED STATES DISTRICT COURT
9
                    EASTERN DISTRICT OF CALIFORNIA
10

11  UNITED STATES OF AMERICA,                CASE NO.  1:23-CR-00054-JLT-SKO

12                              Plaintiff,   STIPULATION AND ORDER REGARDING
                                             EXCLUDABLE TIME PERIODS UNDER SPEEDY
13              v.                           TRIAL ACT

14  REYES QUINONEZ,                          DATE: May 15, 2024
                                             TIME: 1:00 p.m.
15                              Defendant.   COURT: Hon. Sheila K. Oberto

16

17        Plaintiff United States of America, by and through its counsel of record, and defendant, by and

18  through defendant's counsel of record, hereby stipulate as follows:

19        This case is set for status conference on May 15, 2024.  By this stipulation, defendant now

20  moves to continue the status conference until July 17, 2024, and to exclude time between May 15, 2024,

21  and July 17, 2024, under 18 U.S.C. § 3161(h)(7)(A), B(iv).

22              a)      The government represents that discovery in this matter, including officer worn

23  body camera, police reports, and other items have been produced to defense.

24              b)      Defense counsel needs the additional time to produce supplemental discovery to

25  the government, including investigators reports.  These reports are necessary for the government

26  to review in evaluating a potential offer in the case.  The defense plans to have those reports

27  finalized and produced within the next several weeks.

28              c)      Defense counsel also requests the additional time to review the discovery, meet

STIPULATION REGARDING EXCLUDABLE TIME              1
PERIODS UNDER SPEEDY TRIAL ACT

with his client, conduct independent investigation, and pursue a pretrial resolution of the case. The government and defense counsel have been in communication about a pretrial resolution of the case and need the additional time to continue those discussions.

d)       Counsel for defendant believes that failure to grant the above-requested continuance would deny him/her the reasonable time necessary for effective preparation, taking into account the exercise of due diligence.

e)       The government does not object to the continuance.

f)       Based on the above-stated findings, the ends of justice served by continuing the case as requested outweigh the interest of the public and the defendant in a trial within the original date prescribed by the Speedy Trial Act.

g)       For the purpose of computing time under the Speedy Trial Act, 18 U.S.C. § 3161, et seq., within which trial must commence, the time period of May 15, 2024 to July 17, 2024, inclusive, is deemed excludable pursuant to 18 U.S.C. § 3161(h)(7)(A), B(iv) because it results from a continuance granted by the Court at defendant's request on the basis of the Court's finding that the ends of justice served by taking such action outweigh the best interest of the public and the defendant in a speedy trial.

2.       Nothing in this stipulation and order shall preclude a finding that other provisions of the Speedy Trial Act dictate that additional time periods are excludable from the period within which a trial must commence.

IT IS SO STIPULATED.

Dated:  May 8, 2024

PHILLIP A. TALBERT
United States Attorney

/s/ JUSTIN J. GILIO
JUSTIN J. GILIO
Assistant United States Attorney

Dated:  May 8, 2024

/s/ REED GRANTHAM
REED GRANTHAM
Counsel for Defendant
Reyes Quinonez

**ORDER**

IT IS SO ORDERED.

DATED: 5/9/2024

*Sheila K. Oberto*

THE HONORABLE SHEILA K. OBERTO
UNITED STATES MAGISTRATE JUDGE

STIPULATION REGARDING EXCLUDABLE TIME
PERIODS UNDER SPEEDY TRIAL ACT

3