HEATHER E. WILLIAMS, CA Bar #122664
Federal Defender
REED GRANTHAM, CA Bar #294171
Assistant Federal Defender
Office of the Federal Defender
2300 Tulare Street, Suite 330
Fresno, CA  93721-2226
Telephone: (559) 487-5561
Fax: (559) 487-5950

Attorneys for Defendant
REYES QUINONEZ

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>REYES QUINONEZ,<br><br>Defendant. | Case No. 1:23-cr-00054-JLT-SKO<br><br>STIPULATION TO CONTINUE SENTENCING; ORDER<br><br>Date:   January 27, 2025<br>Time:  9:00 a.m. |
|---|---|

IT IS HEREBY STIPULATED by and between the parties through their respective counsel, Assistant United States Attorney Justin Gilio, counsel for plaintiff, and Assistant Federal Defender Reed Grantham, counsel for Reyes Quinonez, that the sentencing hearing currently scheduled for November 12, 2024, at 9:00 a.m. may be continued to January 27, 2025, at 9:00 a.m.

Mr. Quinonez entered a plea of guilty to Count One of the Indictment on August 19, 2024. *See* Dkt. #45. The matter was then scheduled for sentencing on November 12, 2024. *See* Dkt. #45. The draft Presentence Investigation Report (PSR) was filed on September 30, 2024. *See* Dkt. #46. After review of the draft PSR, and in light of information contained therein, counsel for Mr. Quinonez has requested records from the California Department of Corrections and Rehabilitation. Historically, such records are provided within 1-2 months. Accordingly, counsel for Mr. Quinonez requires time to obtain these records in order to be adequately

Case 1:23-cr-00054-JLT-SKO   Document 48   Filed 10/09/24   Page 2 of 2

prepared for sentencing. As a result, the parties are requesting that the sentencing hearing be continued to Monday, January 27, 2025, at 9:00 a.m.

The government does not oppose the continuance of the sentencing in this matter to the date proposed herein. The requested continuance is made with the intention of conserving time and resources for both the parties and the Court. The requested date is a mutually agreeable date for all parties. As this is a sentencing hearing, no exclusion of time is necessary.

Respectfully submitted,

PHILLIP A. TALBERT
United States Attorney

Date: October 8, 2024    */s/ Justin Gilio*
JUSTIN GILIO
Assistant United States Attorney
Attorney for Plaintiff


HEATHER E. WILLIAMS
Federal Defender

Date: October 8, 2024    */s/ Reed Grantham*
REED GRANTHAM
Assistant Federal Defender
Attorney for Defendant
REYES QUINONEZ

## **O R D E R**

IT IS HEREBY ORDERED that the sentencing hearing scheduled for Tuesday, November 12, 2024, at 9:00 a.m. be continued to Monday, January 27, 2025, at 9:00 a.m.

IT IS SO ORDERED.

Dated:   **October 8, 2024**                                    _____
UNITED STATES DISTRICT JUDGE

Quinonez – Stipulation to Continue Sentencing                    2