1  HEATHER E. WILLIAMS, CA Bar #122664
   Federal Defender
2  REED GRANTHAM, CA Bar #294171
   Assistant Federal Defender
3  Office of the Federal Defender
   2300 Tulare Street, Suite 330
4  Fresno, CA  93721-2226
   Telephone: (559) 487-5561
5  Fax: (559) 487-5950

6  Attorneys for Defendant
   REYES QUINONEZ
7

8             IN THE UNITED STATES DISTRICT COURT

9             FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11 | UNITED STATES OF AMERICA, | Case No. 1:23-cr-00054-JLT-SKO
12 |           Plaintiff,       | STIPULATION TO CONTINUE
                                  SENTENCING; ORDER
13 | vs.                        |
14 | REYES QUINONEZ,            | Date:   March 3, 2025
                                  Time:   9:00 a.m.
15 |           Defendant.       |

16

17         IT IS HEREBY STIPULATED by and between the parties through their respective

18 counsel, Assistant United States Attorney Justin Gilio, counsel for plaintiff, and Assistant

19 Federal Defender Reed Grantham, counsel for Reyes Quinonez, that the sentencing hearing

20 currently scheduled for January 27, 2025, at 9:00 a.m. may be continued to March 3, 2025, at

21 9:00 a.m.

22         Mr. Quinonez entered a plea of guilty to Count One of the Indictment on August 19,

23 2024. *See* Dkt. #45. The matter was then scheduled for sentencing on November 12, 2024. *See*

24 Dkt. #45. The draft Presentence Investigation Report (PSR) was filed on September 30, 2024.

25 *See* Dkt. #46. After review of the draft PSR, and in light of information contained therein, on

26 October 2, 2024, counsel for Mr. Quinonez requested records from the California Department of

27 Corrections and Rehabilitation (CDCR). Counsel received these records from CDCR on

28 December 13, 2024. The records are voluminous and total 777 pages. Counsel for Mr. Quinonez

requires additional time to review these records and to prepare any informal objections to the draft PSR. As a result, the parties are requesting that the sentencing hearing be continued to Monday, March 3, 2025, at 9:00 a.m.

The government does not oppose the continuance of the sentencing in this matter to the date proposed herein. The requested continuance is made with the intention of conserving time and resources for both the parties and the Court. The requested date is a mutually agreeable date for all parties. As this is a sentencing hearing, no exclusion of time is necessary.

Respectfully submitted,

PHILLIP A. TALBERT
United States Attorney

Date: December 20, 2024    */s/ Justin Gilio*
JUSTIN GILIO
Assistant United States Attorney
Attorney for Plaintiff

HEATHER E. WILLIAMS
Federal Defender

Date: December 20, 2024    */s/ Reed Grantham*
REED GRANTHAM
Assistant Federal Defender
Attorney for Defendant
REYES QUINONEZ

**O R D E R**

IT IS HEREBY ORDERED that the sentencing hearing scheduled for Monday, January 27, 2025, at 9:00 a.m. be continued to Monday, March 3, 2025, at 9:00 a.m.

IT IS SO ORDERED.

Dated:   **December 22, 2024**

UNITED STATES DISTRICT JUDGE