1  HEATHER E. WILLIAMS, CA Bar #122664
   Federal Defender
2  REED GRANTHAM, CA Bar #294171
   Assistant Federal Defender
3  Office of the Federal Defender
   2300 Tulare Street, Suite 330
4  Fresno, CA  93721-2226
   Telephone: (559) 487-5561
5  Fax: (559) 487-5950

6  Attorneys for Defendant
   REYES QUINONEZ
7

8              IN THE UNITED STATES DISTRICT COURT

9              FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11 | UNITED STATES OF AMERICA,        | Case No. 1:23-cr-00054-JLT-SKO
12 |              Plaintiff,          | UNOPPOSED ORDER TO AMEND
   |                                  | PRESENTENCE INVESTIGATION REPORT
13 | vs.                              | (FINAL)
14 | REYES QUINONEZ,
15 |              Defendant.
16

17    The draft Presentence Investigation Report (PSR) was filed in this matter on September

18 30, 2024. *See* Dkt. #46. Mr. Quinonez submitted his informal objections to the draft PSR on

19 February 3, 2025. *See* Dkt. #51-2. In his informal objections, Mr. Quinonez objected to counting

20 for criminal history score purposes, the prior conviction listed in paragraph 34 of the draft PSR.

21 *See* Dkt. #51-2 at 4.

22    The final PSR was filed in this matter on February 11, 2025. *See* Dkt. #51. On February

23 18, 2025, Mr. Quinonez filed his formal objections to the PSR and continued his objection to

24 counting for criminal history purposes, the prior conviction now listed in paragraph 36 of the

25 final PSR, which the government joined. *See* Dkt. #52 at 4-5; Dkt. #53.

26    At sentencing on March 10, 2025, the Court sustained the objection to counting

27 paragraph 36 for criminal history score purposes.

28    As a result, it is necessary to amend the final PSR to reflect the sustained objection to

several paragraphs contained within the final PSR. Specifically, that paragraph 36 be amended to remove the 3 points attributed to it in the final PSR, and to accordingly amend paragraph 40 to change the subtotal criminal history score to 8, to amend paragraph 42 to change the total criminal history score to 9, and to amend paragraph 43 to change the criminal history category to category IV. Additionally, it is necessary to amend paragraph 77 to change the criminal history category to IV and to adjust the applicable guideline range accordingly. Lastly, it is necessary to amend the sentencing recommendation at Dkt. #51-1 at 1 to change the criminal history category to IV, to adjust the applicable guideline range accordingly, and to adjust the recommended sentence to the sentence orally recommended by probation at the time of sentencing.

This proposed order has been provided to, and approved by, both government counsel and the assigned probation officer who prepared the final PSR and both are in agreement with the amendments above.

Respectfully submitted,

HEATHER E. WILLIAMS
Federal Defender

Date: March 13, 2025              */s/ Reed Grantham*
                                  REED GRANTHAM
                                  Assistant Federal Defender
                                  Attorney for Defendant
                                  REYES QUINONEZ

**O R D E R**

IT IS HEREBY ORDERED that the final Presentence Investigation Report filed on February 11, 2025, be modified in accordance with the above.

IT IS SO ORDERED.

Dated:   **March 13, 2025**

UNITED STATES DISTRICT JUDGE